FILED
HARRISBURG, PA
JUN 06 2025
PER _____
DEPUTY CLERK

Amended Complaint

# Part I

# Facts of the Case

| | |
|---|---|
| Case type | Civil litigation |
| Litigation stage | Federal district court |
| Jurisdiction(s) | Pennsylvania |
| Style | Persuasive |
| Favoured party | Pro'se |

## 0.1 Fact Pattern

- Alvin and Heather Rotharmel are plaintiffs in a case against Diana Stine and Northumberland County, among others.

- The Rotharmels allege misconduct by Northumberland County Children and Youth Services (CYS).

- The Rotharmels claim that CYS, under the supervision of Diana Stine, wrongfully removed their children from their home.

- The removal of the Rotharmels' children occurred on June 22, 2023.

- CYS cited false allegations of neglect and abuse as the reason for the removal.

- The Rotharmels argue that CYS has a pattern of offering money and other incentives to families to keep them quiet before taking their children.

- There is a bank statement as evidence of CYS offering money or incentives to other families in similar situations.

- The Rotharmels are seeking the return of their children.

- They are also seeking monetary compensation amounting to $2.8 million.

- The Rotharmels want all mental health expenses paid for due to the trauma their children experienced.

- They are requesting an investigation into the financial dealings of Northumberland County CYS.

- The Rotharmels want Diana Stine to lose her job and pension.

- They are seeking to have their case completely expunged.

- There has been no prior investigation or audit into the financial dealings of Northumberland County CYS.

## 0.2 Procedural History

1. The case is filed in the United States District Court for the Middle District of Pennsylvania.

6

7

## 0.3 Parties involved

| Party | Role(s) | Description |
|---|---|---|
| Alvin rotharmel | Plaintiff | One of the plaintiffs alleging misconduct by northumberland county cys. |
| Heather rotharmel | Plaintiff | One of the plaintiffs alleging misconduct by northumberland county cys. |
| Diana stine | Defendant | A defendant and supervisor at northumberland county cys accused of... |

8