IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALVIN ROTHARMEL, *et al.*, | Civil No. 4:25-CV-00235 |
| Plaintiffs, | |
| v. | |
| DAUPHIN COUNTY CHILDREN AND YOUTH SERVICES, *et al.*, | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that Plaintiffs' amended complaint be dismissed because it is duplicative of the complaint filed in another case in this court docketed at 4:24-cv-01908. (Doc. 15.) Plaintiffs filed a document titled on the docket as an objection. (*See* Doc. 16.) While there is information regarding Plaintiffs' arguments as to custody issues, the filing cannot be generously interpreted as an objection because it does not comment on the analysis or conclusions in the report and recommendation. Thus, no party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of*

*Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Chief Judge Bloom's analysis is well-reasoned and fully supported by the record and applicable law.

    Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 15, is **ADOPTED**.

2) Plaintiffs' amended complaint, Doc. 11, is **DISMISSED** as duplicative of the complaint in 4:24-CV-01908.

3) The Clerk of Court is directed to close this case.

    s/Jennifer P. Wilson  
    JENNIFER P. WILSON  
    United States District Judge  
    Middle District of Pennsylvania

Dated: December 16, 2025